THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ASHFORD** **PLAINTIFF**
**ADC #133975**

v.     Case No. 4:20-cv-01107-KGB

**DOE** **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). No party has filed objections, and the time to do so has passed. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court dismisses without prejudice plaintiff Charles Ashford's complaint.

It is so ordered this 9th day of December, 2022.

Kristine G. Baker
United States District Judge